UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IGLESIA DE DIOS PENTECOSTAL
MOVIMIENTO INTERNACIONAL INC.,

    Plaintiff,

v.                                         Case No:   6:18-cv-1345-Orl-40TBS

EVANSTON INSURANCE COMPANY,

    Defendant.

## ORDER

This case comes before the Court *sua sponte*. Defendant removed this case from state court to this Court based upon the existence of diversity jurisdiction (Doc. 1). Defendant asserts that it is a citizen of Illinois and Plaintiff is a citizen of Florida (Id., ¶¶ 6-7). A corporation is a citizen of its state of incorporation and the state where it maintains its principal place of business. 28 U.S.C. § 1332(c)(1). Defendant has not shown that Plaintiff's principal place of business is in Florida. Now, Defendant has 14 days to show cause in writing why this case should not be remanded for lack of jurisdiction.

**DONE** and **ORDERED** in Orlando, Florida on August 21, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record